■ JOHN ROMAS et al., Appellants, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents. [627 NYS2d 941] —Appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Nastasi, J.), entered February 16, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Nastasi at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.